**IT IS ORDERED as set forth below:**

**Date: July 20, 2018**

_____
**Jeffery W. Cavender
U.S. Bankruptcy Court Judge**

_____

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| In Re:<br>**Kathleen Summers,**<br><br>Debtor. | Chapter **13**<br><br>Case No. **17-65230-JWC** |
| **U.S. Bank Trust National Association, not in its individual capacity but solely as Delaware trustee and U.S. Bank National Association, not in its individual capacity but solely as Co-Trustee for Government Loan Securitization Trust 2011-FV1,**<br><br>Movant,<br>V.<br><br>**Kathleen Summers aka Kathleen Tricia Summers, Debtor**, and **Jeff S. Summers, Codebtor**, and **Nancy J. Whaley, Chapter 13 Trustee**,<br><br>Respondents. | Contested Matter |

**ORDER GRANTING RELIEF FROM STAY
AND ORDER GRANTING RELIEF FROM CODEBTOR STAY**

Movant's motion for relief from the automatic stay of 11 U.S.C. § 362(a) and motion for relief from codebtor stay of 11 U.S.C. § 1301 (Doc. No. 37) came on for hearing on March 20, 2018. The hearing was subsequently rescheduled to June 5, 2018 and June 26, 2018. Movant asserts that it properly

served the Motion and notice of the hearing on the Respondents. No one filed a response or objection to the motion or appeared at the hearing in opposition to the motion. The Court, having considered the motion and all other matters of record, has determined that relief from the automatic stay should be granted as set forth herein.

It is, therefore, ORDERED as follows:

1. The automatic stay of 11 U.S.C. § 362 and the Codebtor Stay of 11 U.S.C. § 1301 is hereby terminated to permit Movant and its successors and assigns to assert and exercise all of their rights and remedies with regard to the property commonly known as 3033 Lake Avenue, Hapeville, GA 30354, more particularly described at Deed Book 23756, Page 248, Fulton County records ("the Property"), including, but not limited to, the institution and completion of foreclosure and dispossessory proceedings in accordance with applicable law and the collection of reasonable fees from the Property to the extent permitted by applicable law.

2. This Order does not determine any issues with regard to the amount or validity of the claim of the Movant, its successors or assigns, or any rights or interests of the Movant, its successors or assigns, the Debtors, or any other entity in the Property.

3. Upon the completion of any foreclosure sale prior to the closing of this case, if the proceeds of the sale exceed the amount to which the Movant is entitled, the Movant shall file a report showing the disposition of such excess in accordance with applicable law and shall pay to the Trustee in the case any amount otherwise due to the Debtors.

4. This Order shall be effective immediately, and the stay under Fed. R. Bankr. P. 4001(a)(3) shall not apply.

5. The Chapter 13 Trustee shall cease disbursements on Movant's Proof of Claim. It is further ordered the Debtor(s)' plan is modified to provide that the payments of the Movant's claim shall no longer be provided for under 1322(b)(5) and that the trustee shall cease funding the same claim upon entry of the order and therefore Rule 3002.1 is no longer applicable.

**END OF DOCUMENT**

Prepared by:                                          No Opposition

/s/                                                   /s/                          *with express permission*
Lucretia L. Scruggs                                   Julie M. Anania
Georgia Bar No. 371008                                Georgia Bar No. 477064
Attorney for Movant                                   Nancy J. Whaley, CH 13 Trustee
211 Perimeter Center Parkway, N.E.                    303 Peachtree Center Avenue
Suite 300                                             Suite 120, Suntrust Garden Plaza
Atlanta, GA 30346                                     Atlanta, GA 30303
770-220-2535                                          (678)992-1201

## **DISTRIBUTION LIST**

KATHLEEN SUMMERS
3033 Lake Avenue
Atlanta, GA 30354

JEFF S. SUMMERS
3033 Lake Avenue
Hapeville, GA 30354

SAEDI LAW GROUP, LLC
Suite 103
3006 Clairmont Road
Atlanta, GA 30329

NANCY J. WHALEY, CH 13 TRUSTEE
303 Peachtree Center Avenue
Suite 120, Suntrust Garden Plaza
Atlanta, GA 30303

Shapiro Pendergast & Hasty, LLP
211 Perimeter Center Parkway, N.E.
Suite 300
Atlanta, GA 30346